Present WILLIAM ALLEN, Chief Juſtice.
WILLIAM COLEMAN, Juſtice.

---

## *The Leſſee* of JOSEPH and JAMES HEWES *verſus* ANDREW M'DOWELL.

ON a Queſtion, whether the original private Book of Memorandums of the Secretary of the Land Office, reſpecting the Deſcription of the Land originally applied for, ſhould be given in Evidence, it was urged that this Book, containing the original Entries from which the Minutes of Property are formed, is the beſt Evidence and therefore ought to be admitted. THE COURT ſaid it was a Matter of Conſequence; and recommended it to the Council of the other Side to conſent to the Book's being given in Evidence; which was accordingly done, and no Determination given by the Court.

## Same Cauſe.

THE Court ſaid, that the Copy of a Warrant of Survey under the Surveyor General's Hand, and containing his Direction to the Deputy Surveyor to make the Survey, has always been given in Evidence:—And ſuch a Copy was now ruled to be admitted, and was read to the Jury.

## THE KING *verſus* JOHN LUKENS.

INDICTMENT for a Nuiſance.—Mr. *Dickenſon*, for the Defendant, moved that a Proſecutor ſhould be indorſed on the Indictment, agreeably to the Act of Aſſembly, * before the Defendant ſhould be put to plead.—Mr. *Chew*, Attorney General, urged that ſuch a Conſtruction ought to be put on the Act as that public Juſtice may not be eluded; and that there ſhould be no Neceſſity to indorſe a Proſecutor, unleſs it be proved that there is ſome perſon active in carrying on a Proſecution; becauſe, if it took its riſe from the Grand Jury, or a Juſtice of the Peace, no Perſon could be indorſed; and Offenders of the higheſt Nature would eſcape being brought to Juſtice.

BY THE COURT. It often happens that all the Witneſſes neceſſary to ſupport a public Proſecution are brought unwillingly to give Evidence; and the Act could never intend there ſhould be a Proſecutor

* 4. *Ann. c.* 37. ſee I *State Laws* 49.

1762. cutor indorfed, unlefs there was really a Profecutor exifting, for the Words in the Act are, *the Profecutor*. And as no Perfon in the prefent Cafe is proved to be active in carrying on the Profecution, the Defendant muft plead to the Indictment without any Indorfement.

It was then moved, that the Defendant himfelf might be fworn to prove the Perfon profecuting; but denied by the Court, who faid it muft be proved by indifferent Witneffes.